UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARCELO FERNANDO ARGUDO, individually and on behalf of all others similarly situated

                                                     Plaintiff,      Case 25-cv-6251

     -against-

808 LEX RESTAURANT, LLC d/b/a IL GRADINO, and
TERRENCE LOWENBERG and TODD COHEN, as
individuals,

                                                     Defendants.
-------------------------------------------------------------------X

**CONSENT TO JOIN COLLECTIVE ACTION FOR UNPAID OVERTIME WAGES, , UNPAID WAGES.**

By signing below, I wish to participate in a lawsuit to recover any overtime wages, unpaid spread of hours compensation and unpaid minimum wages, that may be owed to me under the FLSA and NYLL against:

808 LEX RESTAURANT, LLC d/b/a IL GRADINO, and TERRENCE LOWENBERG and TODD COHEN, as individuals

Name (Print): _Luis Yauri_

Address: _[redacted]_

City: _[redacted]_           Zip Code: _[redacted]_

Telephone: _[redacted]_

E-mail: _[redacted]_

SIGNATURE: _Luis Yauri_          DATE: 8 19 25