UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARCELO FERNANDO ARGUDO, individually and on behalf
of all others similarly situated

                                                Plaintiff,        **Case** 25-cv-6251

      -against-

808 LEX RESTAURANT, LLC d/b/a IL GRADINO, and
TERRENCE LOWENBERG and TODD COHEN, as
individuals,

                                                Defendants.
-------------------------------------------------------------------X

**CONSENT TO JOIN COLLECTIVE ACTION FOR UNPAID OVERTIME WAGES, , UNPAID WAGES.**

By signing below, I wish to participate in a lawsuit to recover any overtime wages, unpaid spread of hours compensation and unpaid minimum wages, that may be owed to me under the FLSA and NYLL against:

808 LEX RESTAURANT, LLC d/b/a IL GRADINO, and TERRENCE LOWENBERG and TODD COHEN, as individuals

Name (Print): ADRIAN VELEZ GONZALEZ
Address: ███████████████
City: ██████  Zip Code: ████
Telephone: ███████████
E-mail: ███████████
SIGNATURE: [signed]  DATE: 08-06-25