UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARCELO FERNANDO ARGUDO, individually and on behalf of all others similarly situated

                                                        Plaintiff,        Case 25-cv-6251

      -against-

808 LEX RESTAURANT, LLC d/b/a IL GRADINO, and
TERRENCE LOWENBERG and TODD COHEN, as
individuals,

                                                        Defendants.
-----------------------------------------------------------------X

**CONSENT TO JOIN COLLECTIVE ACTION FOR UNPAID OVERTIME WAGES, , UNPAID WAGES.**

By signing below, I wish to participate in a lawsuit to recover any overtime wages, unpaid spread of hours compensation and unpaid minimum wages, that may be owed to me under the FLSA and NYLL against:

808 LEX RESTAURANT, LLC d/b/a IL GRADINO, and TERRENCE LOWENBERG and TODD COHEN, as individuals

Name (Print): Juan Quintero
Address: [redacted]
City: [redacted]  Zip Code: [redacted]
Telephone: [redacted]
E-mail: [redacted]
SIGNATURE: /s/ Juan Q.  DATE: 08/06/2025