USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCELO FERNANDO ARGUDO, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

808 LEX RESTAURANT, LLC d/b/a IL GRADINO, and TERRENCE LOWENBERG and TODD COOHEN, as individuals,

Defendant.

1:25-cv-06251-MKV

**ORDER TO SHOW CAUSE**

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff initiated this action by filing a complaint on July 30, 2025. [ECF No. 1]. Subsequently, Plaintiff filed proof of service on the docket. [ECF Nos. 7, 11, 12]. As of September 8, 2025, no answer or response had been filed by Defendants, nor any action taken by Plaintiff, so the Court issued an Order to show cause "why this case should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure." [ECF No. 13].

In response to that Order, Plaintiff filed on September 22, 2025, a letter in which it sought "a leave of three (3) weeks or until October 13, 2025, to move for default judgment against all Defendants." [ECF No. 30] at 2. Since then, Plaintiff has not prosecuted this case.

Accordingly, IT IS HEREBY ORDERED that, **by October 23, 2025**, Plaintiff shall file a letter showing cause why his case should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil procedure. Plaintiff's counsel shall explain why the Court should not sanction counsel, in lieu of imposing the harsher sanction of dismissal. *See Baptiste v. Sommers*, 768 F.3d 212, 216 (2d Cir. 2014). Plaintiff is again put on notice that he is ultimately responsible for prosecuting this case, and this case may be dismissed because of his chosen counsel's failure to prosecute this case. *See Link v. Wabash Co.*, 370 U.S. 626, 633-34 (1962). **Failure to comply**

with the Court's Orders, the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, may result in sanctions, including monetary penalties on counsel and/or the parties, or dismissal.

**SO ORDERED.**

Date:  October 16, 2025
      New York, NY

                                  **MARY KAY VYSKOCIL**
                                  **United States District Judge**