# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

October 22, 2025

**Via ECF**:
The Honorable Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:     ***Argudo et al v. 808 Lex Restaurant, LLC et al.***
***Civil Docket No.: 1:25-cv-06251-MKV***

Dear Judge Vyskocil:

We represent Plaintiff Marcelo Fernando Argudo and *Opt-in Plaintiffs* Juan Andres Gasperi Quintero, Adrian Gonzalez Velez and Luis Yauri ("Plaintiffs") in the above-referenced matter, and we respectfully submit this letter in response to the Court's *October 16, 2025* Order to Show Cause why this matter should not be dismissed due to failure to prosecute.

Today, our office filed the Plaintiffs' Motion for Default Judgment against 808 Lex Restaurant, LLC d/b/a IL Gradino, and Terrence Lowenberg and Todd Cohen, as individuals ("Defendants"), pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 55.2(b), as a result of Defendants' failure to appear or otherwise defend in this matter. *See* Dkt. Nos. 33-36. We apologize to the Court for not filing said Motion sooner as indicated in our September 22, 2025 Response to the Court's Order to Show Cause.

In our Motion, the Plaintiffs have provided supporting affidavits from Plaintiffs with the exception of Plaintiff Adrian Gonzalez Velez. Our office has attempted to contact Plaintiff Velez on multiple occasions regarding his affidavit, but all our calls were unanswered, which has added to the delay in the filing of our Motion.

In view of the foregoing, we respectfully request the Court to allow Plaintiffs two (2) weeks or until November 5, 2025, to supplement our Motion by providing Plaintiff Velez's supporting Affidavit or to further advise the Court if we are still unable to reach him by that time.

It is respectfully submitted that Plaintiffs have shown good cause in the prosecution of this case and consistently complied with the Court's Orders.

We thank the Court for its consideration on this matter, and we remain available to provide any additional information.

Respectfully submitted,

*Roman Avshalumov*

Roman Avshalumov, Esq.


CC (via USPS Mail):

**808 LEX RESTAURANT, LLC d/b/a IL GRADINO**
340 W 12th St., New York, NY 10014
301 E 80th St., Apt 28B, New York, NY 10075

**TERRENCE LOWENBERG**
301 E 80th St., Apt 28B, New York, NY 10075
**TODD COHEN**
340 W 12th St., New York, NY 10014