

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2026

May 22, 2026

**Celena R. Mayo**
212.915.5854 (direct)
Celena.Mayo@wilsonelser.com

Via ECF

Mary Kay Vsykocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Argudo et al v. 808 Lex Restaurant, LLC et al*
     **Docket No.: 1:25-cv-06251-MKV**

Dear Judge Vsykocil:

Our office presently represents the Defendants in the above-referenced matter.  We submit this letter motion with Plaintiffs' Counsel's consent to respectfully request a 30-day stay of the proceedings in order to facilitate the appearance of new counsel for the Defendants.  As the parties previously advised the Court, this office will soon be withdrawing as counsel for the Defendants. While it is our understanding that the Defendants are in the process of obtaining new counsel, they have not done so yet.  A brief stay would facilitate the orderly transition of the file and prevent the need for motion practice.  However, we are mindful of the need to timely adjudicate this matter. Accordingly, we propose that to the extent new counsel has not appeared by June 5, 2026, this office will file its motion to withdraw on June 8, 2026.

We thank the Court for its consideration in this matter and remain available to provide any additional information.

Respectfully submitted,

Wilson, Elser, Moscowitz, Edelman & Dicker LLP

Celena R. Mayo

cc (via ECF):
*Counsel for Plaintiffs*

150 East 42nd Street | New York, NY 10017 | p 212.490.3000 | f 212.490.3038 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI | Long Island, NY
Hartford, CT | Houston, TX | Indianapolis, IN | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY | Madison, NJ | McLean, VA | Merrillville, IN
Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orange County, CA | Orlando, FL | Philadelphia, PA | Phoenix, AZ | Portland, OR | Raleigh, NC
San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Tyler, TX | Washington, DC | West Palm Beach, FL | White Plains, NY

336447386v.1

The request is DENIED.  If new counsel has not appeared by June 5, 2026, counsel shall file its motion to withdraw on June 8, 2026.

Date: 5/29/2026
New York, New York

Mary Kay Vyskocil
United States District Judge