# CERVINI LAW GROUP PLLC

*COUNSELORS AT LAW*

475 PARK AVENUE SOUTH
18TH FLOOR
NEW YORK, NEW YORK 10016

917.304.9231
JCERVIN@CERVINILAWGROUP.COM

July 1, 2026

**Via ECF**
Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2026
```

  Re: *Marcelo Fernando Argudo et al. v. 808 Lex Restaurant, LLC, et al.*
    **Case No. 1:25-cv-06251-MKV**

Dear Judge Vyskocil:

  Cervini Law Group PLLC has been retained to represent Defendants 808 Lex Restaurant, LLC d/b/a Il Gradino, Terrence Lowenberg, and Todd Cohen, individually (collectively, "**Defendants**") in the referenced action (the "**Action**").[1] We are currently in the process of obtaining the file from prior counsel. Upon receipt, we will promptly review the pleadings, motion papers, and other relevant documents and information pertaining to this Action.

  The parties are presently scheduled to appear before the Court for a conference on July 22, 2026, at 11:30 a.m. However, I will be out of the country on a previously scheduled and longstanding trip from July 16, 2026, through July 31, 2026. Accordingly, I respectfully request that the conference be adjourned.

  This is Defendants' first request for an adjournment of the July 22, 2026 conference. No prior request for this relief has been made, granted, or denied. Plaintiff's counsel has consented to this request. The requested adjournment will not affect any other scheduled dates or deadlines in this Action.

  Accordingly, Defendants respectfully request that the July 22, 2026 conference be adjourned to August 6, August 10, or August 12, 2026, or to such other date thereafter as the Court deems convenient.

---

[1] Cervini Law Group PLLC filed a Notice of Appearance on behalf of Defendants in this Action on July 1, 2026.

Thank you for the Court's time and consideration of this request.

Respectfully submitted,

**CERVINI LAW GROUP PLLC**

By: _Joseph P. Cervini, Jr._
      Joseph P. Cervini, Jr.

**Granted. SO ORDERED.**
The conference previously scheduled in this matter for July 22, 2026, is hereby ADJOURNED to August 6, 2026, at 11:30 a.m.

Date: 7/2/2026
New York, New York

_Mary Kay Vyskocil_
Mary Kay Vyskocil
United States District Judge