# CERVINI LAW GROUP PLLC

COUNSELORS AT LAW

475 PARK AVENUE SOUTH
18TH FLOOR
NEW YORK, NEW YORK 10016

917.304.9231
JCERVINI@CERVINILAWGROUP.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/2026

July 29, 2026

**Via ECF**
Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

**Re:** ***Marcelo Fernando Argudo et al. v. 808 Lex Restaurant, LLC, et al.***
**Case No. 1:25-cv-06251-MKV**

Dear Judge Vyskocil:

Cervini Law Group PLLC represents Defendants 808 Lex Restaurant, LLC d/b/a Il Gradino, Terrence Lowenberg, and Todd Cohen, individually (collectively, "**Defendants**"), in the above-referenced action (the "**Action**").

The parties' conference was previously adjourned from July 22, 2026, to August 6, 2026, a date on which the parties had confirmed their availability. Defendants recently received notification that the conference was rescheduled for August 13, 2026, at 11:00 a.m. Unfortunately, Defendants' counsel has a preexisting obligation that conflicts with the newly scheduled date and time. Accordingly, Defendants respectfully request that the August 13, 2026 conference be adjourned.

This is Defendants' second request for an adjournment of the conference. Plaintiff's counsel consents to this request. The parties are available to appear on August 25 or August 26, 2026, and the requested adjournment will not affect any other scheduled dates or deadlines in the Action.

Accordingly, Defendants respectfully request that the August 13, 2026 conference be adjourned to August 25 or August 26, 2026, or to such other date as the Court deems convenient.

Thank you for the Court's time and consideration of this request.

The conference scheduled in this matter is ADJOURNED to August 26, 2026, at 2:00 p.m.

Date: 7/29/2026
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge

Respectfully submitted,

**CERVINI LAW GROUP PLLC**

By: Joseph P. Cervini, Jr.
Joseph P. Cervini, Jr.